**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**                DATE: **AUGUST 10, 2015**                TIME: **10:00 a.m.**

DOCKET #: **CR-14-00476-01 (ILG)**             TITLE: *U.S.A. v. Robert Bandfield, et al.*
COURT REPORTER: **Lisa Shwam**                 DEPUTY CLERK: **Stanley Kessler**
INTERPRETER: _____            AUSA: **Jacquelyn M. Kasulis - #6103**
                                                     **Michael T. Keilty - #7528**

DEF'T #1 NAME: **Robert Bandfield**            ATT'Y: ~~Amy Walsh, Esq. - Ret.~~
                                                      **Eugene E. Ingoglia, Esq. - Ret.**
✓ Present  _ Not Present  ✓ In Custody         ✓ Present  _ Not Present

DEF'T #2 NAME: **Gregg Mulholland**            ATT'Y: **Andrew Lankler, Esq.**
✓ Present  _ Not Present  ✓ In Custody                 ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR ARRAIGNMENT

- ✔ **Case called.**
- ✔ **Defendant Robert Bandfield present with counsel Eugene E. Ingoglia, Esq.  Defendant Gregg Mulholland present with counsel Andrew Lankler, Esq.  AUSA Jacquelyn Kasulis and AUSA Michael Keilty present for the Government.**
- ✔ **The defendants are arraigned on superseding indictment CR-14-476 (S-1) and enter pleas of not guilty.**
- ✔ **Another status conference is scheduled for 9/1/2015 at 11:00 a.m.**
- ✔ **The period between 8/10/2015 and 9/1/2015 is excluded, for the reasons stated on the record and in the interests of justice, from the calculation of the Speedy Trial Act time limits.  The findings required by 18 USC 3161(h)(7)(A) are made on the record.**
- ✔ **The defendants are continued in custody.**

**TIME: 0/30**