**Exhibit F: Line 888-400-5461, Session 302**

| Case: | 318B-NY-307247 | Target: | Legacy Global Markets | Line: | 888-460-5408 Phone.com | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 302 | Date: | 04/03/2014 | Classification: | Pertinent | Duration: | 00:01:54 |
| Monitored By: | jrwalthers | Start Time: | 14:48:42 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 7142693766 | Asscociate Number: | (714) 269-3766 | Participants: | Legacy Global Markets Wolf, Charlie | | |

**Synopsis 1**

**Comments**

Unknown Male (UM) calls Brain De Wit (BD)

BD: Brian speaking

UM: Hey brother how many by the way I finally got a call from UI

BD: Yeah

UM: And I told him that he was selling, I was selling this CFM, by the way you have no ability to do a good thing its me that's doing all of it UI.

BD: Uh huh

UM: How many shares do we have left?

BD: So you told him you were selling it?

UM: Yeah I told him I was selling it

BD: Ok and you want to know how many are there left

UM: Yeah, how many shares do we have left after today's sells, what I know you will probably have to do like a little bit of math

BD: Uh no I will go right to the custody level, did he panic or did

UM: Always yeah he is crying about why you blaming me for the team why you know I told him you are the one that sent everything out why don't you call Tub (ph) why don't you call B why don't you call, they did not send my money out

BD: Yeah

UM: No so

BD: So there is 3,447,500 left

UM: 3,447,500

BD:   Yes

UM:   K, awesome

BD:   So you are going to stop now or what have guys decided

UM:   I don't know I got to talk to him again, I said I stop selling for today

BD:   Ok

UM:   So, 3,447,000

BD:   500 is what's left and then you are going to push them on the AM then

UM:   Oh yeah, he called me to tell me that the thing is gonna go off get off our whole position at $0.15

BD:   Ok

UM:   So I was like ok your mouth to God's ear I have heard this before

BD:   (laughs) Ok good yeah I told him tell its Intraworld so

Calls ends