**Exhibit G: Line 305-671-3493, Sessions 614, 621, 622, 641 & 642**

Linesheet - Session per Page        User:    Thomas Mcguire

| Case: | 318B-NY-307347 | Target: | Bandfield | Line: | 305-671-3493 Vonage | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 614 | Date: | 05/08/2014 | Classification: | Pertinent | Duration: | 00:00:22 |
| Monitored By: | jalfalla | Start Time: | 13:59:05 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | +17142693766 | Asscociate Number: | (714) 269-3766 | Participants: | IPC-305, Wolf, Charlie | | |

### Synopsis 1

### Comments

Charlie [Wolf] (CW) calls Andrew Godfrey (AG) Unknown Female (UF)

CW:   Is Andrew around?

UF:   He's not in sir. He stepped out for lunch. May I leave a message or would you like to call back.

CW:   I'll try back in a little bit. Thank you.

UF:   Ok your welcome. Bye

CW:   Bye

End of call

| Case: | | Target: | | Line: | | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 621 | Date: | 05/08/2014 | Classification: | Pertinent | Duration: | 00:00:29 |
| Monitored By: | jalfalla | Start Time: | 17:06:52 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | +17142693766 | Asscociate Number: | (714) 269-3766 | Participants: | Wolf, Charlie | | |

**Synopsis 1**

**Comments**

Charlie [Wolf] (CW) calls [Clodine Anderson] (CA) at IPC

CW: This is Charlie again.

UF: I'm sorry Charlie he's in a meeting. He's in a meeting with the staff. Can you kindly call back in fifteen. Fifteen minutes.

CW: Sure fifteen minutes it's 2:07 right now so lets say 2:10, so 2:25 I'll call back.

UF: In the next ten minutes sir.

CW: Ok. I'll call him in ten minutes.

UF: Yes sir.

CW: Ok bye

End of call

| Case: | 3165-NY-307347 | Target: | Bakefield | Line: | 305-674-3400 Vonage | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 622 | Date: | 05/08/2014 | Classification: | Pertinent | Duration: | 00:01:01 |
| Monitored By: | jalfalla | Start Time: | 17:20:22 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | +17142693766 | Associate Number: | (714) 269-3766 | Participants: | Godfrey, Andrew Wolf, Charlie | | |

### Synopsis 1

### Comments

Charlie Wolf (CW) calls Unknown Female (UF)

UF:   IPC how may I help you?

CW:   Hey It's Charlie calling back for Andrew.

UF:   One moment sir. Can you hold let me see if he's here? One moment.

CW:   Sure.

UF:   Hello.

CW:   Yes.

UF:   Hi mister Charlie he went down stairs to the bank. So I'll give him the messages as soon as he comes back up.

CW:   Ok yeah. I just called (ui) yep you got it..

UF:   Ok then alright thanks

call ends

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case: | | Target: | | Line: | | File Number: | |
| Session: | 641 | Date: | 05/09/2014 | Classification: | Pertinent | Duration: | 00:01:40 |
| Monitored By: | mslavkovsky | Start Time: | 16:04:05 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | +17142693766 | Associate Number: | (714) 269-3766 | Participants: | Godfrey, Andrew Wolf, Charlie | | |

**Synopsis 1**

**Comments**

Charlie Wolf (CW) calls Andrew Godfrey (AG), Lellia Senticum (LS) transfers

LS:   Good afternoon IPC how may I help you?

CW:   Andrew please, it's Charlie Wolf

LS:   One moment please

CW:   Thanks very much

[CW placed on hold]

AG:   Andrew

CW:   Hey Andrew how are you it's Charlie

AG:   I'm ok, whats going on

CW:   Not too much, just chasing down to see if you have anymore names for those IPCs that we bought the uh, we talked and you had five or so

AG:   Yea, I was going actually just getting ready to get on the phone with Brian because Terry [Turner] had also spoken to me about it.

CW:   Yea we are working on it together so -

AG:   And I believe Brian was supposed to get me some names

CW:   Brian De Wit?

AG:   Yea

CW:   Really? I don't know I spoke to him but I don't know that he had-

AG:   Well

CW:   I mean if he did that would be awesome but

AG:   Let me check

CW:    I spoke to him just a little bit ago I can check

AG:    Let me go bump heads with him right now call you back I was supposed to be doing but I had to get rid of some wires first

CW:    Yea, of course, I know your super busy and I hope your not bothering you I just got this and its kind of pressing so go to it and I will talk to you a bit a later

AG:    Alright no problem

good byes call ends

| Case: | 315B-NY-3073500 | Target: | Bandfield | | Linee: | 305-571-2493 Manage | File Number: | |
|---|---|---|---|---|---|---|---|---|
| Session: | 642 | Date: | 05/09/2014 | Classification: | Pertinent | Duration: | 00:02:34 |
| Monitored By: | mslavkovsky | Start Time: | 16:06:00 EDT | Complete: | Completed | Direction: | Outgoing |
| Out Digits: | 18884005461 | Associate Number: | (888) 400-5461 | Participants: | Legacy Global Markets | | |

### Synopsis 1

### Comments

Andrew Godfrey (AG) calls Brian De Wit (BD) [same as LGM-888 #543]

BD:  Brian here.

AG:  Hey Brian, Terry [Terry Turner] was asking me about, um --

BD:  Hey dude

AG:  -- some beneficial owners or nominees for these 17 companies for you.

BD:  Yea?

AG:  Weren't you supposed to weren't you getting us some names or something?

BD:  No, no, I think Terry, here's what we ended up doing, just so that you know. There was a request to, uh, do a subscription for a deal in London on the alternative investment market the AIM market --

AG:  Uh-huh.

BD:  -- um, and so we got the 17 companies from you and we then we advised you that -- ah, and said that some of the Nevis companies, like, I think four or five of them, could own four or five each, right?

AG:  Uh-huh.

BD:  Um, because you rightfully asked, who are the beneficial owners. So they are those five Nevis companies, um, and that what happened -- because that satisfies your files and all that, right?

AG:  Yeah.

BD:  And then, down the road everything now has changed, and, you know, Terry or who he is working with wants 17 BO [beneficial owners], one for each corp. Well, that's not what was contemplated originally, right? So --

AG:  Uh-huh. Because I only got about five and, um, I can't get up with everybody for one for everybody, so I already told that to Terry. So now Wolf is calling me.

BD:  Yea, you will be fine and I will be fine. Basically, the way we were -- I was originally advised, uh, what was required -- and you guys did your job and I did mine, and that's the end of the story as far as what was originally contemplated. Um, if you are able to help Terry get 17 BOs [beneficial owners] that's entirely up to you but, you know, I'm, I'm moving to the UK and I am going to rest for a while, so --

AG:  I hear you buddy, I hear you buddy. No I don't have 17 so he is going to have to come up with something.

BD:  Exactly, yeah, so just let him know that you and I talked and that's what I said so if you want to make sure that you and I spoke about it, so.

AG:  Alright, no problem

BD:  I can't, I can't help him and if you can't help him, that's that.

AG:  That's it.  We got to use ours for what we have here.

BD:  Exactly, no exactly, so.  Have a great weekend, buddy.

AG:  You, too.

BD:  Alright, man.  Take care.

AG:  Bye.

(Call ends.)