**Exhibit H: Line 888-400-5461, Sessions 552, 553 & 555**

Linesheet - Session per Page                                      User:   Thomas Mcguire

| Case: | 31BB-NY-397347 | Target: | Legacy Global Markets | Line: | 588-406-5761 Phone.com | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 552 | Date: | 05/15/2014 | Classification: | Pertinent | Duration: | 00:03:26 |
| Monitored By: | kerospert | Start Time: | 12:51:26 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 7787080797 | Associate Number: | (778) 708-0797 | Participants: | Legacy Global Markets | | |

**Synopsis 1**
[CYNK][bu]

**Comments**
Tom LNU calls Brian [De Wit] (BD) at Legacy.

BD:   Brian speaking.

TL:   Hey Brian, it's Tom. How's it going?

BD:   Good, how are you?

TL:   Good. Have you talked to Phil yet this morning?

BD:   About?

TL:   Regarding Cynk Technology?

BD:   What technology?

TL:   Cynk? C-Y-N-K.

BD:   Ok, yeah.

TL:   I guess he was letting me know that--you know, I have a group of guys that is interested in coming in and they have a good technology they're looking at--looking for a public vehicle that they can move forward in, get control, try to raise some funds and those kinds of things, and so he said give a call to Brian. Kind of get a lay of the land, where things stand right now, and then go forward on what the process would be to have these guys buy the control block and move forward from there. So, I figured I'd just give you a ring and kind of get a lay of the land on that and then we can see where we can go from there.

BD:   Uh, yeah. We've got some in the UK. I've got some certs coming back, so it's nothing that's gonna be quick and easy I think.

TL:   Ok. As far as the control block part of it?

BD:   Yeah, you probably need to talk to Stamps, because you know I think we've gotten rid of all of our CYNK. I mean, I think I transferred it over to, on his instructions, somewhere else, and we're waiting for 20 million and change cert to come back from Alpine, but that's taking forever. And then the other stuff that I had in Caledonian has to come back in cert form because the UK clearing agent was not taking a liquid stock.

TL:    Ok. I think from my standpoint, and I have talked to Stamps in the past he's told me they have a certain number--I think it was like 32 million--and he has in his collective control, and then the rest of everything that was on the free trading side he was dealing with and we were going to kind of figure some deal with the management, then would be moving forward to retire it for preferred or something like that, because it sounds like that stock is doesn't have enough back-up documentation and the other stuff to be actually able to deposit it. So, the thought process on this was bring in the new company. They have a great product--it's basically a software technology for the mining industry, bring in the new management and have them buy the 210 million that's out there right now for a nominal amount and then let them kind of run--they have a--they're trying to do a private placement to raise some money and this and that, but they need a public vehicle. So, it's kind of really a good situation and they're patient to be able to come in there and do that. I guess the, when you said like the long process, as far as on the corporate side is--are the things in order where the current president is willing to appoint and resign and sell his stock for a nominal amount of money to a new group--

Call disconnected.

[Call continued in Session #553]

Linesheet - Session per Page                                          User:    Thomas Mcguire

| Case: | #1989NY-097347 | Target: | Legacy Global Markets | Line: | 866-400-5461 Phone.com | FBI Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 553 | Date: | 05/15/2014 | Classification: | Pertinent | Duration: | 00:02:36 |
| Monitored By: | kerospert | Start Time: | 12:55:14 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 7787080797 | Asscociate Number: | (773) 708-0797 | Participants: | Legacy Global Markets | | |

### Synopsis 1
[CYNK][bu]

### Comments
(Call continued from session 552)

Tom LNU and Brian De Wit continue their conversation.

BD:   Hey, sorry. I don't know if that was my internet that--

TL:   Yeah, I don't know, but--so when did I cut out there, I'm sorry?

BD:   You just cut out at you know that current management was going to sell their stock for a nominal amount, etc.

TL:   Ok, got it. So, is that something that your--that you can coordinate with me on the other side?

BD:   No, God no. Stamps or Phil, yeah. Because we're just winding up, that's all we're doing.

TL:   Ok got it. Who is--is Stamps or Phil either one of those two will have contact with the current management?

BD:   I would assume so. I have contact with nobody but Stamps or Phil, so--

TL:   Ok got it. So, really as of right now, you just had some stock from before and it was on the free trading, and this and that, and it's all coming back, and that's you just winding up that side. And then one of the two of them will have all the contact to be able to effect any new things.

BD:   Yeah.

TL:   Ok cool. Well that's funny, because that's not the information I got, so I'll get back with either one of them and figure out what we have to do. Do you know who actually holds onto the control block shares?

BD:   Well, I sent 30 million plus over on Stamp's instruction to Sterling Securities in Panama, so you'll have to talk to him about that. The 20 million plus is with an account that was closed down in Scottsdale Onshore, and we're waiting for Alpine to give--we've asked for the certs back and they're being pulled back, but Alpine advised it could take 4-6 weeks, right, so we're still waiting for these certs to come back.

TL:   Ok. And what about the 210 million?

BD:    I have no idea about that at all.

TL:    Ok, so you've only dealt on that just whatever the tradeable shares that were issued in the registration there.

BD:    Yeah, I've totally dealt with maybe at the complete total--a total of maybe just under 60 million shares.

TL:    Got it. And then in the transactional work--you were never involved in like any of the transactional (ui)---

BD:    Not a single one. That's why it's been bouncing around, because I've never been given a single piece of back-up documentation for it--

TL:    Unbelievable.

BD:    --so it says they're cleared, but I can't trade it, so--

TL:    Yeah, I understand. Ok, good. Well, I appreciate you taking the time just to give me the lay of the land, cause now I can go to them and see if somebody can come up with the--letting somebody know---

(Call disconnected.)

| Case: | 3162NY-307042 | Target: | Legacy Global Markets | Line: | 800-400-5401 Phone.com | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 555 | Date: | 05/15/2014 | Classification: | Pertinent | Duration: | 00:02:42 |
| Monitored By: | kerospert | Start Time: | 14:03:44 EDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 7147465224 | Asscociate Number: | (714) 746-5224 | Participants: | Legacy Global Markets | | |

**Synopsis 1**

**Comments**

FNU Stamps calls Brian [De Wit] at Legacy.

BD:  Brian speaking.

FS:  Hey Brian, it is Stamps. How ya doing?

BD:  Hey. Yep.

FS:  I think you had Tom call you earlier today and I'm sure Phil called you right behind. We're torturing you a little bit on this UNAK.

BD:  Uh-huh.

FS:  So, a couple of questions are--I know Phil's working on the CEO scenario right now. You know resignation we've got an awesome deal to go into it. Do you know who's holding the control block right now? And I apologize if Phil called you and asked you the same question just minutes ago.

BD:  I don't quite know. You're going to have to be more specific than that. All I know is what we had and we held, and that's all I know, so--

FS:  Ok, well, no we have all the free trade. So, I have you know the 32.5 million shares on deposit. We have all the other stuff coming back in cert form that the other firms sent out in certs. The only thing that I'm looking for right now is that roughly 210 million share control block. The one that's restricted, so we can put it in the hands of the company that we're vending (ph) in.

BD:  Right.

FS:  Do you have an idea where that (ui)

BD:  No. Yeah, look, just like I said to you at the beginning of the conversation, the only thing I know that we ever had or knew about was the 30 odd that went to Beaufort, which is now in Sterling, the couple smaller certs that are coming back from Cayman--from Caledonian--and the 20 odd that said for Clearwater/Scottsdale. That's all I know. That's all I ever knew. So.

FS:  Ok, and I got those, by the way. (ui) They're on the way, says Scottsdale. Scottsdale said by the 15th of next month, if you can believe it, we should have the 25.5.

BD:  Ok.

FS:   And so, you don't know who I would talk to even about the control block? Where that is?

BD:   No, so yeah. All I've ever seen is what Ive told you. So.

FS:   Yeah, ok. Alright. So, I apologize. We're just trying to chase it down right now. We just got a really good one at the table and we're trying to make sure it gets down. And I know Phil is running around like a chimpanzee trying to find out where the heck it is. Which is crazy that we don't know where it is.

BD:   Yeah.

FS:   So, alright. Well, I appreciate it.

BD:   Yep.

FS:   If I need something, I'll give you a call back, but I can't imagine what I would need outside (ui)

BD:   I don't know much more about anything else other than what I told you.

Call ends.