

U.S. Department of Justice

United States Attorney
Eastern District of New York

TF/NEM  
F.# 2015R00173

271 Cadman Plaza East  
Brooklyn, New York 11201

August 21, 2015

By Email and ECF

Andrew M. Lankler, Esq.  
Baker Botts LLP  
30 Rockefeller Plaza  
New York, NY 10112-4498

      Re: United States v. Gregg Mulholland, et al.  
           Criminal Docket No. 14-476 (S-1) (ILG)

Dear Mr. Lankler:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby provides discovery in the above-captioned matter. The materials in this production are contained on one compact disc and are Bates-numbered EDNY-TT-PRIV-0000000000890 through EDNY-TT-PRIV-0000000000896. Please also consider this letter to be the government's request for reciprocal discovery.

      This letter discloses documents provided to the government by a cooperating witness ("CW-1"), and supplements the government's earlier disclosure under cover of letter dated August 10, 2015 and August 20, 2015 of documents from the same witness.

The government here provides to you with additional firewall materials which the government has determined can be disclosed to your client; these are communications between officers of Legacy Global Markets S.A. and an attorney. Should you have any questions about any of the firewall materials, please contact the undersigned.

Very truly yours,

KELLY T. CURRIE
Acting United States Attorney

By: /s/
Tali Farhadian
Nadia E. Moore
Assistant U.S. Attorneys
(718) 254-6290/6362

cc: Clerk of the Court (ILG) (by ECF)
Eugene E. Ingoglia, Esq. (Counsel for Robert Bandfield) (by ECF)

2