**Exhibit C: Email from ▮▮▮▮▮▮ to de Wit, October 16**

| | |
|---|---|
| From: | ▮▮▮▮▮▮ |
| To: | info@lgm.bz |
| Subject: | Fwd: Lion Mercantile Inc. |
| Date: | Wednesday, October 16, 2013 2:11:46 PM |

Attention: Brian de Wit

Good afternoon Brian,

Andrew from IPC has assisted me in establishing an account at your firm. The account is in the name of Lion Mercantile and the number is S10804. Please advise how I can obtain a username and password. Also, I would like to fund the account so please provide me with wire instructions.

Looking forward to conducting business at your firm.

Kind regards,

▮▮▮▮▮▮

-----Original Message-----
**From:** Applications [mailto:applications@ipcoffshore.com]
**Sent:** Monday, May 20, 2013 02:23 PM
**To:** ▮▮▮▮▮▮
**Subject:** Lion Mercantile Inc.

Hello ▮▮▮▮,

The LGM account for Lion Mercantile Inc. Is now open, the account number is S10804 account number is S10804.

Regards,

Clodine Anderson (Mrs.)
Banking & Securities Personnel
---------------------------------------------------
IPC Corporate Services, Inc.
The Matalon, Suite #404
Coney Drive,
Belize City, Belize
Central America