**Exhibit D: October 30th Email from  to De Wit**

| | |
|---|---|
| **From:** | Brian |
| **To:** | |
| **Cc:** | Paula LGM |
| **Subject:** | Re: Lion Mercantile |
| **Date:** | Thursday, October 31, 2013 9:11:58 AM |

Thanks ▮ Did you send the funding via wire transfer? If so, I will be on the lookout for the funds.

Unfortunately, we are in Panama at the moment, so won't be available for a meeting. However, Paula and I can set up a skype video conference if that is something that you would like to do.

Cheers,

Brian de Wit

On 30/10/2013 9:44 PM, ▮ wrote:

> Good evening Brian,
> The account has been funded with $30,000. Please confirm receipt and advise how I can access online viewing. I will be in San Pedro from tomorrow until 11/8. Please advise if you are availble for brief meeting during that time.
> Regards,
> ▮
>
> Sent via the Samsung GALAXY S™4, an AT&T 4G LTE smartphone
>
> -------- Original message --------
> From: Brian <brian@lgm.bz>
> Date: 10/18/2013 4:19 PM (GMT-05:00)
> To: ▮
> Subject: Re: Lion Mercantile
>
> Hi ▮:
>
> Trying to send you the instructions directly from Caledonian Bank.
>
> Once the account has been funded with cash &/or stock, we will set up online viewing in our system.
>
> Thanks,
>
> Brian de Wit