**Exhibit E: Email from ▮▮▮▮▮▮ to de Wit on February 4, 2014**

**From:** Robert Bandfield
**To:**
**Subject:** Re: First week in March?
**Date:** Tuesday, February 04, 2014 4:28:51 PM

That is a great time!

Keep me posted.

Dinner with Glenna Fay & Myself

Bob

---

**From:** ███████████████
**Reply-To:** ███████████████
**Date:** Tue, 04 Feb 2014 16:09:53 -0500
**To:** Robert Bandfield <Bob@ipc-offshore.com>
**Subject:** First week in March?

Hi Bob,
Hope you are well. ███ and I are looking to escape the NY snow and were thinking about coming to Belize first week in March. Are you good to meet with me on Tuesday, March 4th?
Regards,

███

Sent via the Samsung GALAXY S™4, an AT&T 4G LTE smartphone