**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**              DATE: **APRIL 21, 2016**              TIME: **10:30 a.m.**

DOCKET #: **CR-14-00476 (S-2)(ILG)**              TITLE: *U.S.A. v. Robert Bandfield, et al.*

COURT REPORTER: **Gene Rudolph, Anthony Mancuso**       DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____              AUSA: **Jacquelyn M. Kasulis - #6103**
                                                        **Winston M. Paes - #6023**
                                                        **Michael T. Keilty - #7528**

DEF'T #1 NAME: **Robert Bandfield**              ATT'Y: **Eugene E. Ingoglia, Esq. - Ret.**
                                                        **Savannah Stevenson, Esq. - Ret.**
✓ Present   _ Not Present   ✓ In Custody          ✓ Present   _ Not Present

DEF'T #2 NAME: **Gregg Mulholland**              ATT'Y: **James Kasouras, Esq. - Ret.**
✓ Present   _ Not Present   ✓ In Custody                      ✓ Present   _ Not Present

## CRIMINAL CAUSE FOR SUPPRESSION HEARING

- ✔ **Case called.**
- ✔ **Defendant Robert Bandfield present with counsel Eugene E. Ingoglia, Esq. and Savannah Stevenson, Esq.  Defendant Gregg Mulholland present with counsel James Kasouras, Esq.  AUSA's Jacquelyn M. Kasulis, Winston M. Paes and Michael T. Keilty present for the Government.**
- ✔ **The defendants are arraigned on superseding indictment CR-14-00476(S-2) and enter pleas of not guilty.**
- ✔ **Suppression hearing ordered and begun.**
- ✔ **The hearing is continued to 5/4/2016 at 10:30 a.m.  Defense counsel will notify the Court if they determine that the continuation is not necessary.**
- ✔ **Jury selection and trial of this case are scheduled for 5/31/2016 at 10:00 a.m.  A final pretrial conference is scheduled for 5/23/2016 at 12:00 Noon.**

**TIME: 3/00**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: **APRIL 21, 2016**          TIME: **10:30 a.m.**

DOCKET #: **CR-14-00476 (S-2)(ILG)**          TITLE: *U.S.A. v. Robert Bandfield, et al.*

COURT REPORTER: **Gene Rudolph, Anthony Mancuso**          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Jacquelyn M. Kasulis - #6103**
                                             **Winston M. Paes - #6023**
                                             **Michael T. Keilty - #7528**

DEF'T #1 NAME: **Robert Bandfield**          ATT'Y: **Eugene E. Ingoglia, Esq. - Ret.**
                                                    **Savannah Stevenson, Esq. - Ret.**
✓ Present  _ Not Present  ✓ In Custody          ✓ Present  _ Not Present

DEF'T #2 NAME: **Gregg Mulholland**          ATT'Y: **James Kasouras, Esq. - Ret.**
✓ Present  _ Not Present  ✓ In Custody          ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR SUPPRESSION HEARING

- ✔ Case called.
- ✔ Defendant Robert Bandfield present with counsel Eugene E. Ingoglia, Esq. and Savannah Stevenson, Esq.  Defendant Gregg Mulholland present with counsel James Kasouras, Esq.  AUSA's Jacquelyn M. Kasulis, Winston M. Paes and Michael T. Keilty present for the Government.
- ✔ The defendants are arraigned on superseding indictment CR-14-00476(S-2) and enter pleas of not guilty.
- ✔ Suppression hearing ordered and begun.
- ✔ The hearing is continued to 5/4/2016 at 10:30 a.m.  Defense counsel will notify the Court if they determine that the continuation is not necessary.
- ✔ Jury selection and trial of this case are scheduled for 5/31/2016 at 10:00 a.m.  A final pretrial conference is scheduled for 5/23/2016 at 12:00 Noon.

**TIME: 3/00**