

U.S. Department of Justice

United States Attorney
Eastern District of New York

JMK/WMP/MTK
F. #2013R00505

271 Cadman Plaza East
Brooklyn, New York 11201

April 25, 2016

**BY FEDEX**

James Kousouros, Esq.
The Law Offices of James Kousouros
260 Madison Ave, 22nd Floor
New York, New York 10016-2404

       Re:    United States v. Gregg Mulholland
                  Criminal Docket No. 14-476 (S-2) (ILG)

Dear Mr. Kousouros:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. The materials in this production are produced on one disc and consist of Beaufort Securities Limited records for Legacy Global Markets, Titan International Securities, and Unicorn International Securities (Bates stamped/labeled EDNY-IPC-000030114 – EDNY-IPC-000030600) and FINRA referrals for the ticker symbols ALZM, AMWI, AMZZ, CANA, CYNK, ENIP, PEPR, PINS/ALKM, PRTN, PWEI, SNPK, SVEN, VLNX, and WRIT (labeled EDNY-IPC-000030601). This disclosure supplements the government's earlier productions. The government again requests reciprocal discovery.

James Kousouros, Esq.
April 25, 2016
Page 2

       If you have any questions or requests regarding further discovery, please do not hesitate to contact us.

          Very truly yours,

          ROBERT L. CAPERS
          United States Attorney
          Eastern District of New York

By:      /s/
          Jacquelyn M. Kasulis
          Winston M. Paes
          Michael T. Keilty
          Assistant U.S. Attorneys
          (718) 254-6103 (Kasulis)
          (718) 254-6023 (Paes)
          (718) 254-7528 (Keilty)

Enclosure

Cc:    Clerk of Court (ILG) (by ECF) (w/o enclosures)