UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                Indictment No.: 15-CR-361

    -against-

                                                **CHANGE OF ADDRESS**

JOHN RICCIARDELLI

                               Defendant.
-------------------------------------------------------------------X

       Pursuant to Local Rule 1.3 of this Court, please take notice of the following changes for Edward V. Sapone, Esq.: EDNY Bar Number: ES2553; State Bar Number: 3057361.

My old address was:

    Edward V. Sapone, LLC
    40 Fulton Street, 23 Floor
    New York, New York 10038

My new address is:

    Edward V. Sapone, LLC
    One Penn Plaza, Suite 5315
    New York, New York 10119

       I will continue to be counsel of record on the above-referenced case.

Dated:  New York, New York
           September 1, 2016

                                                  EDWARD V. SAPONE, ESQ.
                                                  Sapone & Petrillo, LLP
                                                  One Penn Plaza, Suite 5135
                                                  New York, New York 10119
                                                  Telephone: (212) 349-9000
                                                  Fax: (212) 349-9003
                                                  E-mail: ed@saponepetrillo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Indictment No.: CR-15-303

    -against-

                              **CHANGE OF ADDRESS**

PETER CARAS,

                Defendant.
------------------------------------------------------------------X

       Pursuant to Local Rule 1.3 of this Court, please take notice of the following changes for Edward V. Sapone, Esq.: EDNY Bar Number: ES2553; State Bar Number: 3057361.

My old address was:

    Edward V. Sapone, LLC
    40 Fulton Street, 23 Floor
    New York, New York 10038

My new address is:

    Edward V. Sapone, LLC
    One Penn Plaza, Suite 5315
    New York, New York 10119

       I will continue to be counsel of record on the above-referenced case.

Dated:  New York, New York
           September 1, 2016

                                                EDWARD V. SAPONE, ESQ.
                                                Sapone & Petrillo, LLP
                                                One Penn Plaza, Suite 5135
                                                New York, New York 10119
                                                Telephone: (212) 349-9000
                                                Fax: (212) 349-9003
                                                E-mail: ed@saponepetrillo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                         Indictment No.: 16-MJ-223

        -against-

                                       **CHANGE OF ADDRESS**

NATHAN GOLD,

                      Defendant.

----------------------------------------------------------------X

        Pursuant to Local Rule 1.3 of this Court, please take notice of the following changes for Edward V. Sapone, Esq.: EDNY Bar Number: ES2553; State Bar Number: 3057361.

My old address was:

        Edward V. Sapone, LLC
        40 Fulton Street, 23 Floor
        New York, New York 10038

My new address is:

        Edward V. Sapone, LLC
        One Penn Plaza, Suite 5315
        New York, New York 10119

        I will continue to be counsel of record on the above-referenced case.

Dated:  New York, New York
          September 1, 2016

                                                    EDWARD V. SAPONE, ESQ.
                                                    Sapone & Petrillo, LLP
                                                    One Penn Plaza, Suite 5135
                                                    New York, New York 10119
                                                    Telephone: (212) 349-9000
                                                    Fax: (212) 349-9003
                                                    E-mail: ed@saponepetrillo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                               Indictment No.: 16-CR-17 (LDW)

      -against-

                               **CHANGE OF ADDRESS**

JAMES HICKEY,

                 Defendant.

------------------------------------------------------------------X

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following changes for Edward V. Sapone, Esq.: EDNY Bar Number: ES2553; State Bar Number: 3057361.

My old address was:

      Edward V. Sapone, LLC
      40 Fulton Street, 23 Floor
      New York, New York 10038

My new address is:

      Edward V. Sapone, LLC
      One Penn Plaza, Suite 5315
      New York, New York 10119

      I will continue to be counsel of record on the above-referenced case.

Dated:  New York, New York
           September 1, 2016

                                                EDWARD V. SAPONE, ESQ.
                                                Sapone & Petrillo, LLP
                                                One Penn Plaza, Suite 5135
                                                New York, New York 10119
                                                Telephone: (212) 349-9000
                                                Fax: (212) 349-9003
                                                E-mail: ed@saponepetrillo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                 Indictment No.: 12-CR-106

      -against-

                                                                                 **CHANGE OF ADDRESS**

ABYGAILE MOISES,

                         Defendant.

-------------------------------------------------------------------X

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following changes for Edward V. Sapone, Esq.: EDNY Bar Number: ES2553; State Bar Number: 3057361.

My old address was:

      Edward V. Sapone, LLC
      40 Fulton Street, 23 Floor
      New York, New York 10038

My new address is:

      Edward V. Sapone, LLC
      One Penn Plaza, Suite 5315
      New York, New York 10119

      I will continue to be counsel of record on the above-referenced case.

Dated: New York, New York
          September 1, 2016

                                                                              EDWARD V. SAPONE, ESQ.
                                                                              Sapone & Petrillo, LLP
                                                                              One Penn Plaza, Suite 5135
                                                                              New York, New York 10119
                                                                              Telephone: (212) 349-9000
                                                                              Fax: (212) 349-9003
                                                                              E-mail: ed@saponepetrillo.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                                Indictment No.: 14-CR-476

       -against-

                                                                             **<u>CHANGE OF ADDRESS</u>**

GREGG MULHOLLAND

                              Defendant.
------------------------------------------------------------------X

        Pursuant to Local Rule 1.3 of this Court, please take notice of the following changes for Edward V. Sapone, Esq.: EDNY Bar Number: ES2553; State Bar Number: 3057361.

My old address was:

        Edward V. Sapone, LLC
        40 Fulton Street, 23 Floor
        New York, New York 10038

My new address is:

        Edward V. Sapone, LLC
        One Penn Plaza, Suite 5315
        New York, New York 10119

        I will continue to be counsel of record on the above-referenced case.

Dated: New York, New York
            September 1, 2016

                                                                     EDWARD V. SAPONE, ESQ.
                                                                     Sapone & Petrillo, LLP
                                                                     One Penn Plaza, Suite 5135
                                                                     New York, New York 10119
                                                                     Telephone: (212) 349-9000
                                                                     Fax: (212) 349-9003
                                                                     E-mail: ed@saponepetrillo.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

**UNITED STATES**

Plaintiff,

Case No. **15-CR-537 (VEC)**

-against-

**JOHN HUGHES**

Defendant.
--------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**EDWARD V. SAPONE**

FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**     My State Bar Number is **3057361**

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:   FIRM NAME: **Edward V. Sapone, LLC**
            FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:
10/6/16

ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

**UNITED STATES**

Plaintiff,

Case No. **13-CR-811 (ALC)**

-against-

**WASHINGTON ORDONEZ**

Defendant.

-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending           [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

### EDWARD V. SAPONE
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**         My State Bar Number is **3057361**

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:
10/6/16

ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES**
　　　　　　　　　　Plaintiff,

Case No. **16-CR-330**

-against-

**BOLAJI SAIBU**
　　　　　　　　　　Defendant.

NOTICE OF CHANGE OF ADDRESS

TO:　　ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending　　　　　　[ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## EDWARD V. SAPONE
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**　　　　My State Bar Number is **3057361**

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:　　FIRM NAME: **EDWARD V. SAPONE, LLC**
　　　　　　　　FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
　　　　　　　　FIRM TELEPHONE NUMBER: **212-349-9000**
　　　　　　　　FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:　　FIRM NAME: **EDWARD V. SAPONE, LLC**
　　　　　　　　FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
　　　　　　　　FIRM TELEPHONE NUMBER: **212-349-9000**
　　　　　　　　FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/6/16

_____
ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------

**UNITED STATES**

Plaintiff,

Case No. **16-CR-064**

-against-

**ANDREW SEIBERT**

Defendant.

--------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### EDWARD V. SAPONE
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**   My State Bar Number is **3057361**

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: **EDWARD V. SAPONE, LLC**
FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
FIRM TELEPHONE NUMBER: **212-349-9000**
FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:
FIRM NAME: **EDWARD V. SAPONE, LLC**
FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
FIRM TELEPHONE NUMBER: **212-349-9000**
FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/6/16

ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES**

Plaintiff,

Case No. **15-CR-550**

-against-

**CHARLES SHELLS**

Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending            ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**EDWARD V. SAPONE**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**       My State Bar Number is **3057361**

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/6/16

ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES**

Plaintiff,

Case No. **15-CR-095 (AJN)**

-against-

**DOMINICK SHERLAND**

Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## EDWARD V. SAPONE
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**          My State Bar Number is **3057361**

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/6/16

ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------

**UNITED STATES**
                      Plaintiff,

Case No. **15-CR-491 (LTS)**

-against-

**MICK SOKOL**
                      Defendant.

-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**EDWARD V. SAPONE**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**  My State Bar Number is **3057361**

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: **EDWARD V. SAPONE, LLC**
FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
FIRM TELEPHONE NUMBER: **212-349-9000**
FIRM FAX NUMBER: **212-349-9003**

NEW FIRM: FIRM NAME: **EDWARD V. SAPONE, LLC**
FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
FIRM TELEPHONE NUMBER: **212-349-9000**
FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/6/16

ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES**  
                Plaintiff,

-against-

**ANDRE SUTTON**  
                Defendant.

Case No. **16-CR-167**

---

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**EDWARD V. SAPONE**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**    My State Bar Number is **3057361**

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: **EDWARD V. SAPONE, LLC**  
                   FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**  
                   FIRM TELEPHONE NUMBER: **212-349-9000**  
                   FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**  
                   FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**  
                 FIRM TELEPHONE NUMBER: **212-349-9000**  
                 FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/6/16

_____  
ATTORNEY'S SIGNATURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES**

Plaintiff,

Case No. **16-CR-396**

-against-

**SEON THOMAS**

Defendant.

---

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**EDWARD V. SAPONE**

FILL IN ATTORNEY NAME

My SDNY Bar Number is: **ES2553**    My State Bar Number is **3057361**

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **40 FULTON STREET, 23 FLOOR, NY 10038**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

NEW FIRM:   FIRM NAME: **EDWARD V. SAPONE, LLC**
            FIRM ADDRESS: **ONE PENN PLAZA, SUITE 5315, NY 10119**
            FIRM TELEPHONE NUMBER: **212-349-9000**
            FIRM FAX NUMBER: **212-349-9003**

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated:
10/10/16

_____
ATTORNEY'S SIGNATURE