Dear Judge Glasser

I hope with all my heart that this letter describes even a fraction of the wonderfully kind, generous, thoughtful, selfless man I know and fell in love with. I met Gregg Mulholland almost 16 years ago now as a single Mother and began what I can only describe as an old fashion love story.  That blossomed into a deep caring relationship that was beyond what every little girl dreams of.

From the first moment that I met Gregg at a restaurant with friends, I knew he was different than anyone I had ever met before. With my eight year old son Derald as the most important man in my life, I had no room for nonsense and with the man who became my husband 10 years ago there was none.  Gregg's patience and honesty was a breath of fresh air that always left me wanting more, though I didn't make it easy for him. As silly and romantic as it sounds, after that first night at Chat Noir Gregg owned my heart, though I made him wait months until he proved through never ending gestures that we could meet for lunches. Lunches turned into chaperoned dinners with friends until finally our first date. By our first date I was already madly in love with the man who would become my husband who I am even more in love with today. Gregg embraced both Derald and I wrapping us in safety and security with what seemed like and unending commitment to us. Gregg seemed to take on the role of Step-Dad and husband as if it was his destiny.  I could have never imagined more, until the arrival of our first daughter ███. Being a Daddy to that little girl seemed to be what Gregg was made for only exceeded by the birth of our second daughter █████ 14 months later.

This unfortunately was right around the time that my husband and I became worried about significant developmental delays that ███ seemed to be experiencing. This is every parents worst nightmare and it delivered a devastating blow to our family. Gregg immediately took control of the situation with a calming strength that pulled our entire family closer than ever. Together we researched, and sought out doctors and specialists, who eventually and unfortunately confirmed our worst fears. Again my husband's gentle and unyielding strength and dedication to our family led the way to the courage to work through our obstacles as a family. I remember countless times being at what I thought was my wits end, only to be rescued by Gregg's strength and selfless love that never seemed to end. This love and dedication to our family propelled us through as much as 30 hours of therapy per week making all the difference in ███'s development. Through out this time Gregg never once neglected or wasn't there for anyone else in our family that ever needed him. He also found a

way to make if fun for our sweet little girl and her sister ████ instead of the horror it could have been for both our baby girls.  Unfortunately this has built a necessary bond with both of our little girls that tears at them every single day that their Daddy is not here.  Even though ████ has come so so far from where she started, I can see the catastrophic effects of her Daddy's absence. ████ is no stranger either to the pain of missing her Daddy; having been 4yrs old when he was taken from her. ████ is still very confused and and hurt driven by her intense love for her Daddy that was so involved in every single aspect of her little life.. To say that Gregg is the love of my life, my best friend, and the glue that holds our family together doesn't come close to describing what Gregg is and what he means to our little girls, Derald and the rest of the family.

   Your Honor I pray with all my heart that this letter gives you even the smallest glimpse of the man I know and his true heart. I beg you and I beg with the voices of our little girls that don't just miss their Daddy, but need him for whatever leniency that you and your court will allow to send home my husband, best friend, and most wonderful father I could have ever imagined. Please find it in your heart to send home ████ and ████'s daddy that is not just missed and loved by but needed for their healthy growth and development. Sir; please allow me the lenience to send me home the man I love so much.  Gregg is the strength and bedrock of our family and we will be forever fractured and lost until he is home.  I'm not sure where Gregg lost his way and made these mistakes, but I do know that he is terribly sorry and regrets every single mistake that he has made. I do know that he is the best Daddy, Step-Dad, husband and person I have ever known and I cant help but beg you sir; for each and every minute that you will allow us to have him back.


With all my heart and soul

 Delia Mulholland

June 3, 2016

To whom it may concern,

My name is Ana Vargas, Gregg is my brother – in- law and a good friend.  I'd like to tell you a little bit about him.  He would go out of his way to help me when I needed anything, I could count on him for any help or advice.  He would make sure you had a smile on your face and I'm blessed to have him as my brother in law.

Gregg is a good man.  It may seem hard to believe in the given circumstances, but this is true nonetheless.  I've seen how dedicated he is to his two beautiful girls, he goes way behind being a responsible and caring dad, he's everything to the girls, he would read to them, he would encourage them to imbibe good habits, listen to them, play, dance, oh my gosh I could write a big list to describe everything he did for my nieces and my nephew which is his stepson, he's been there for him, also. I've seen how he goes out of his way to make my sister Delia happy, and all the love he has for her and his family. I've never seen an unhappy moment in their household, he's the one that made sure everyone was happy and had what they needed.   I know my nieces miss their dad so much.

Before hand I'd like to thank you for taking time to read this letter.

Yours sincerely,

Ana I. Cervantes

# Andrew Vanos

3356 Via Tivoli, Costa Mesa, CA 926262 | 949-338-8919 | avanos@maincover.com

June 17, 2016

Character Reference Letter For: Gregg Mulholland

To Whom It May Concern:

I wanted to write to tell you about my friend, Gregg Mulholland, who has been a friend of mine for approximately the last 16 years. I am fortunate to have him as a friend, and I can only hope that I am able to help you see him the way I do.

My friend Gregg is a giving, kind and openhearted person who loves his friends and most of all his family. Gregg is generous and caring and has always been the type of person to lend a helping hand to those who need it.

I first met Gregg playing rugby and knew him as a teammate.  He was loyal, a team player and embodied the true meaning of a teammate.  As I got to know Gregg , I have had the opportunity to see how he has grown as a person and how he has positively impacted people's lives.  The biggest growth and testament to his character is having seen him develop as a husband and father.  His commitment and dedication to his family is a model that every husband and father should try and replicate. Every time I reflect on our friendship, I am thankful that Gregg happened to come into my life, and I am proud to call him my friend.

I am writing this letter to make you aware of the real person that I know as Gregg Mulholland and of the positive influence he has had on his friends and family.  He is a great guy who has proven himself to me time and time again.

Sincerely,

Sincerely,

Andrew Vanos

Cameron Frater

16302 Saratoga Lane, Huntington Beach CA 92649

August 4th, 2016

Character Reference Letter For: Gregg Mulholland

Dear Judge Glasser,

I have had the privilege to know Gregg Mulholland for the past 20 years.

I first met Gregg when I joined Back Bay Rugby club in 1996. He was one of the first people to welcome me to the club and show me the lay of the land and we become fast friends. He was always one of the first people to put up his hand and help his team mates in any situation. People were drawn to his infectious attitude on and off the field.  He was a loyal and protective team mate and friend who was more than willing to give up his time if asked (sometimes you didn't have to ask he just did it). Gregg is a very generous and caring person and he was always there for me and for that I will be forever grateful.

His true calling though came when he became a Husband and Father to his wife Delia and beautiful girls ██ and ██ it was here were his biggest growth came. He is the true embodiment of a loving and dotting Father and Husband whose love is unwaived and devoted to his family. It is a trait that every man should try and emulate.  He is a hands on father who loves every second with his girls who absolutely adore him and look at him as their hero. Nothing is out of the question, whether it is dressing up, having his nails painted, doing crafts, reading to them or just hanging out and being goofy.

I hope this letter gives you a little insight to who the real man is. I am very proud to call him my friend. I would ask you to show the maximum amount of leniency as possible as it would be a tragedy if he was not around his growing family and to be there for those girls.

Yours Sincerely

Cameron Frater
cameron@impactadvertising.com
949-300-5552



Sarah Trepel <sarah@kousouroslaw.com>

## Fwd: Reference letter for Gregg r Mulholland
1 message

**James** <james@kousouroslaw.com>                                           Wed, Aug 10, 2016 at 7:09 PM
To: Sarah Trepel <sarah@kousouroslaw.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Diana Calix <calix.diana@yahoo.com>
> **Date:** August 10, 2016 at 7:02:08 PM EDT
> **To:** james@kousouroslaw.com
> **Subject: Reference letter for Gregg r Mulholland**

405 w.stevens ave
Santa ana ca
92707

August 03 2016

Dear sir/ madam:

My name is Diana calix and i am writing this reference letter for Gregg r mulholland.

I was Gregg r mulholland  nanny for 5 years, i help hem to take care his  two daugthers.

Gregg has been the most amazing dad i know, and i know so many people and families but no one will compare to Gregg.

He is  an amazing  dad, caring, loving, patience, supportive.
He is the kind of men the will cook healty meals for his family everyday.
I witnessed every day how much he loves his family, they mean everthing for hem.
He always made sure his girls were in a safe enviroment.

One of their favorite thing they used to do was  cooking all together at dinner time, he also enjoy reading to his girls every night before they went to bed.

His daughters love their dad they see hem as  their  everthing. These two cute adorable girls are the most important  thing for Gregg.

As a husband Gregg is very supportive, understandable, kind.

He is very a very generous,
Helpful person.
He was always thinking how to help others.

It is an honor to write a reference letter for  Gregg R mulholland.

Sincerely,
Diana calix

Sent from my iPhone



Sarah Trepel <sarah@kousouroslaw.com>

---

## Fwd: Gregg R .Mulholland

**James** <james@kousouroslaw.com>                                      Thu, Jun 30, 2016 at 11:35 AM
To: Sarah Trepel <sarah@kousouroslaw.com>

Sent from my iPhone

Begin forwarded message:

**From:** George Mulholland <oldmully@gmail.com>
**Date:** June 30, 2016 at 11:31:27 AM EDT
**To:** james@kousouroslaw.com
**Subject: Gregg R. Mulholland**

June 29/2016

To Judge Glasser;

    This letter is very hard for me to write, trying to find the words to describe how Gregg from his early teens started working. He saved his earnings to buy his first car, it was an older car that he worked on to get it running well enough to depend on it. He got to work at the Calgary Stampede when he was sixteen as an usher in the grandstand.
    He enjoyed playing hockey and was always involved with the other players in helping organize the make up of the team. Fitness has always been a part of his lifestyle, when he moved to California he played rugby and was a good player who had some tryouts with the American Eagles but stayed with the local team.
    He also went to junior college to pick up more credits to get ahead in the job market to improve himself, he got into the nightclub and restaurant business for a few years and did quite well. He then moved
on to Advertising Balloons and got it going pretty well and then sold it to move on to other things.
    He met his wife Delia and married in 2006, his two daughters came along ███ who is seven years old and ███████ who is five years old Gregg spent a lot of love and energy teaching the girls right from wrong, Gregg doted on the girls working with them as much as possible. And as Grandparents and Parents we are proud of Gregg and our Granddaughters.
    I hope this may give you an idea to Gregg's personality and make up, and if you could show some leniency, to maybe help him get sent back to Canada, it would go a long way to help put our family back together, thank you.

       George Mulholland            403-274-1862        (oldmully@gmail.com)

Dear Judge Glasser,

To know Gregg, is to know what every father hopes and dreams their son will turn into. I have sat in the stands while hundreds of strangers have chanted his name, as he skated onto the ice or ran onto the rugby pitch. I have beamed with pride countless times as Gregg's name rang out over the loud speaker announcing the "M.V.P.", "Man of the Match" or first star of the game, but sports are barely the tip of the iceberg that is my son.

Starting from when Gregg was a little boy his desire to be the best at whatever he started set him apart from other kids. "Anything worth doing was worth doing right" was the standard that was automotive for my son. His discipline, drive and desire truly was the bridge between his goals and his achievements; and his goals never seemed to stop growing. The only traits that outshined this were his honesty and kindness.

When Gregg was 12 years old he came to my wife and I and told us that he wanted a job so he could buy himself a new KOHO catcher's glove, and was very intent. I set up a job that I was sure he would quit almost instantly. The job was to sweep and mop the office at a manufacturing facility where my wife was employed. Safety Clean was a company that filled and serviced fire extinguishers. It was merely four thousand square feet, and covered with white fire extinguisher powder from front to back. The job paid $20 per week and I would take Gregg there on the weekends early in the morning on the days that he didn't have a practice or a game. I would say that I was surprised when he "stuck it out", but it was Gregg! He always took on the task with effort and enthusiasm and did it right every time. I took Gregg to open a Royal Bank of Canada savings account, and there he saved every penny for that glove, and recorded it in his passbook. He bought that catcher's mit that very next season.

As I watched Gregg grow from a boy to a teen, and into a young man, he never stopped surprising me. Gregg volunteered two weeks each summer from 1984 to 1987 with a group that took children with Downs's syndrome out to field trips, and to this day neither my wife nor I know where the idea came from. There was no credit, and no payment. Gregg and a couple of his friends just wanted to do it. Even when Gregg came to my wife and I as a 19 year old young man, and told us that he wanted to move to the United States on his own to chase his dreams of owning his own business, we thought it was a dream. We should have known better. Gregg would be the owner of the business went to work for in just over one year.

I never heard my son complain or make excuses while he often carried a "full load" of units at college, ran his business and almost always had at least one other job. During this time Gregg also continued to play rugby at the highest level playing three seasons for the Southern California Griffens select side, and 16 seasons with Back Bay football club.

I would have bet that there was no possible way to have impressed or made me even more proud until I saw the type of father that my son had become. For all Gregg's endless successes, fatherhood was obviously his true calling. To see the love and devotion that my son consistently shows his family is to see what I'm most proud of my son for. As I watched Gregg identify and deal with developmental delays that affected his eldest daughter, and pull his family together; I knew I was watching my hero.

Your Honor: I would beg you for the most amount of leniency that you and your Court will allow. My son is a kind, thoughtful, giving man that has always put others before himself. I have not known my son to deviate from any rule or guideline in any situation in his entire life. He had always listened to coaches, teachers, and in this situation unfortunately attorneys. Please give my son a chance to come home, and be a productive member of society and our family. If ever there was a man who deserved a second chance, this is a man who spent a lifetime earning it in advance. Please don't let incarceration tear a loving sensitive man like my son apart; and it will tear him apart. If it sounds like I am begging Your Honor it's because I am. To know even the smallest part of my son is to know that he belongs with his family. With all my heart I hope that I have shown you the honesty and integrity that my son has lived his life with.

Sincerely,

George Mulholland



Sarah Trepel <sarah@kousouroslaw.com>

---

## Fwd: Gregg Mulholland

**James** <james@kousouroslaw.com>                                            Fri, Jul 22, 2016 at 9:26 AM
To: Sarah Trepel <sarah@kousouroslaw.com>

Sent from my iPhone

Begin forwarded message:

> **From:** hilda kent <hildackent@yahoo.com>
> **Date:** July 22, 2016 at 9:05:58 AM EDT
> **To:** "james@kousouroslaw.com" <james@kousouroslaw.com>
> **Subject: Fw: Gregg Mulholland**
> **Reply-To:** hilda kent <hildackent@yahoo.com>

On Friday, July 22, 2016 8:03 AM, hilda kent <hildackent@yahoo.com> wrote:

To whom it may concern;

I just want to send my thoughts regarding my brother-n-law, Gregg Mulholland.  I have not known him long, only by family gatherings and reunions, and all the times I have gone with my family, we have always been treated like family. He has always welcomed us like we have known each other for many many years, when only we have met a couple of times.

There was a couple of times when I was in desperate need, and you have this pride of asking someone for help, but he helped with no questions asked.

Under the circumstances that he is in, I get it that we make mistakes in life, and some that we cannot go back in time and erase. We have to learn from our mistakes. I

remember from a police officer telling my Girl Scouts "people in jail are not bad people, they just made bad choices".

I truly hope he has learned from his mistakes and will be willing to go the right path.  He has a wife and children at home that need him and would like to share future memories with him.

I believe in the justice system, I just wanted to say a little of what I know of him in the few times I have met him to you.

Hilda Kent



**Sarah Trepel <sarah@kousouroslaw.com>**

## Fwd: Greg Mulholland

1 message

**James** <james@kousouroslaw.com>                                              Mon, Aug 22, 2016 at 6:59 PM
To: Sarah Trepel <sarah@kousouroslaw.com>

Sent from my iPhone

Begin forwarded message:

**From:** "xj.monkey" <xj.monkey@yahoo.com>
**Date:** August 22, 2016 at 6:50:18 PM EDT
**To:** james@kousouroslaw.com
**Subject: Greg Mulholland**

Dear Judge  Glasser. I am Greg Mulhollands brother in law  Hugo vargas.  What  can i say about one of
the most family oriented man i know.  I raised my 3 kids on my own but i feel i could have taken many
pointers from Greg.  I have come over to visit and catch him in his work out routine carrying each child on
his shoulders up and down the stairs and involving the girls in his regimen.  As a husband to Delia he has
always treated her with the greatest respect as if she is the only flower left on this planet.   I dont think i
could have a better brother in law.  He's a man whom i never seen angry or raise his voice.   He took very
good care of his family.  From teaching the girls how to cook and giving ██ the proper attention for her
condition  (a,d,d)  she used to be in her own world and with gregs proper attention she is a normal little girl.
 (Brought tears to my eyes to see her carry a conversation ) I know we are not all perfect but i ask that you
can cinsider of the life you can give ██ and the family with Greg coming home soon.
Hugo

Happy Connecting. Sent from my Sprint Samsung Galaxy S® 5

To whom it may concern:

From the months of 9/13-7/14 I worked as a tutor for Gregg's two young girls. I worked 5 days a week and thus, spent ample time with Gregg. During that time, I saw the ins and outs of daily life at the Mulholland's. Despite working from home for the majority of the day, Gregg managed to be an amazing father to his children and be a doting husband for his wife. Regardless of the circumstances, Gregg got the girls ready for school, made lunches, dropped them off, picked them up, made dinner, attended ballet recitals, and never missed a parent/teacher conference. Meanwhile, he never missed an opportunity to spend time with his girls. He is "Mr. Mom" as he always knowingly referred to himself.

Gregg has always been a family man, often expressing his unconditional love for his daughters. Regardless of what has transpired, Gregg never ceased to put his children and family first. He took on a lot of different roles at home, but being a parent- a good one- was always his first priority.

During my time working at the Mulholland's, I witnessed Gregg's countless interactions with a variety of his employees. His house was always bustling with housekeepers, tutors, contractors, etc. and he always treated each with kindness and respect.

Over the months, I also saw Gregg graciously host his wife's family, his parents, friends, and neighbors. He'd willingly go above and beyond to make them feel at home including making meals, driving them to appointments, and more.

As someone who witnessed who Gregg really is, I feel this is the least I could do to help his circumstances. His two daughters, ███ and ██████, are amazing kids who deserve a father like Gregg. Someone who is present and seeks to protect their best interests. Someone who would do anything for them. Someone who gives them the attention and stability they deserve. ███ and ██████ are both daddy's girls, and I can't imagine them growing up without the father they adore. Not only that, he is their sole provider, their comfort, and their best friend.

In my short time working with ███ and ██████, I encountered someone who was nothing but respectful and grateful for the help I provided. Always present and courteous, my time at the Mulholland household was memorable in the best way. With that said, I'm grateful for having the opportunity to work in a household with children who I know were truly loved and protected.

I hope that this testament of Gregg's character makes a difference. Not only is it the least I could do, but it's the right thing to do. I understand the charges against Gregg are serious, and in no way am I discrediting their severity, but in the interest of his daughters I'm hoping this letter can put his character into perspective. While I don't condone what Gregg has done, a 20-year sentence doesn't seem fit- if for no other reason, for the sake of his daughters growing up in a positive and healthy environment. Without Gregg present, I worry for the well-being of them both.

Thank you in advance for reading this character reference. I appreciate your time and effort.

Sincerely,


Jaimie Mauvais

**Janice Lewis**

**Subject:**                    FW: Letter

To Judge Glasser,
This letter is in reference to Gregg Roy Mulholland.

Gregg  was born when I was 8 years old so we are closer in age than most Aunts and Nephews.
I have always loved Gregg and enjoyed watching this sweet, funny and curious boy grow into a young man.
My parents delighted in having their two Grandsons down to visit them or we would visit them up in Calgary.
I really enjoyed being the "Auntie" and going with Gregg and his younger brother Cam to Disneyland, Knott's Berry Farm etc.
Gregg enjoyed sports and in particular Hockey – always very active and kept my Brother and Sister in law running around.

His Grandma and Grandpa Roy had moved in with them and Gregg loved having them around.
He was very helpful with their needs and truly enjoyed teasing his Grandma Helen who would get such a kick out of him.
Once Gregg Graduated he wanted to come down to California to work and make a life for himself.
He stayed with me initially until he could get his own place – he would go home to Calgary frequently to see family and friends.

Family and close friends are very important to Gregg and he has many longtime friends in both Canada and California.
He has always spoken to his Mom and Dad often - every day if possible and is a wonderful son to them and brother to Cam.

Gregg met and Married Delia 10 years ago and they looked forward to having children of their own.
Years later, Isla and then Sienna came along and those little girls have him wrapped around their fingers.
He is a loving husband and a really wonderful Daddy – it is such a joy seeing his face light up when he looks at them.

Sincerely,

*Janice Lewis*

**Janice Lewis**
Event Specialist | Jay's Catering Co. & Ellie's Table

**direct:** 714.823.4016
**main:** 714.636.6045
**fax:** 714.823.4062

JAYS CATERING CO.

To whom it may concern:

I previously worked as a tutor for Gregg Mulholland's two daughters, ███ and ██████ from 11/12-08/13. I was in the Mulholland house five days a week, and six hours a day. During my time there I got to experience firsthand what an amazing father Gregg is to his children. He was always present; he cooked breakfast and dinner, dropped and picked them up from school, wiped away tears, played silly games and was there to tuck both girls into bed every night. Gregg took on many different roles in his household, and being a parent is the most important to him.

██ and █████ rely on Gregg for everything, and I cannot imagine them growing up without Gregg there to guide and comfort them. Seeing Gregg interact with them on a daily basis truly made you realize how much love he has for his girls. He loves them unconditionally and would do anything in his power to keep them safe and well cared for.

During my time as ███ and ██████'s tutor, Gregg was the one asking about what the girls were learning that day and took time from his busy day to come and see it for himself. He always made time for his girls, no matter how big or small it was, Gregg was always there. He never missed an important event, school performance, a family dinner or a parent teacher conference. This shows you how much pride Gregg takes in his role as a father.

Being in the Mulholland house daily gave me the opportunity to see how Gregg interacted with his staff. Between nannies, housekeepers, tutors and construction workers, Gregg was nothing but respectful and grateful to each and every person. I also witnessed Gregg hosting his and his wife's families several times, and it was always blatantly clear how important family is to him and how much unconditional love he has for everyone.

In my time working as the girls' tutor I have nothing but great things to say about Gregg as a father, friend and person. He was always present in day to day activities, and was gracious towards me and everyone he came in contact with. I have nothing but great memories while working with Gregg's daughters, and I consider myself grateful to have had the opportunity.

I hope that this letter can offer some clarity to Gregg's character. I am in no way trying to diminish the severity of the crimes that Gregg has been charged with, nor do I condone what he has done, but I do not believe Gregg should receive a long jail sentence. ███ and ██████ deserve a stable and loving environment, and they will not have one with Gregg gone. He is their life line, their sole provider and their rock. I truly fear for the girls' development and emotional well-being should Gregg be sentenced to serve a long time in jail.

Thank you for taking the time to read this character reference. I appreciate you allowing me to help and hopefully make a difference.

Sincerely,

Jillian Anderson

25 June 2016

To Whom It May Concern:

I have had the privilege of knowing Greg Mulholland for the past 17 years.

I first met Greg in 1999 when I joined the Back Bay Rugby Club in Newport Beach. Greg was a senior player on the team and I was only 17 years old. Without being asked Greg took me under his wing and made me feel at home amongst the senior players. From that day forward our relationship has grown and I look up to Greg as an older brother.

Over the past 17 years I was able to bear witness to Greg in many facets of his life. From the passion he displayed on the rugby field, the unbelievable work ethic he showed in business and most importantly the incredible amount of love and compassion he showed for his friends and family was truly admirable. He has always been one of the most dependable people I knew, anything I ever needed I knew I could ask Greg for and he would go out of his way to help.

Greg's moral compass is incredibly strong and he was always a pillar of strength for teammates, friends and family. It is this strong set of values that set Greg apart from other friends I have made over the years.

I can honestly say that in Greg Mulholland you will find a loving man with integrity, ambition and uncompromising amount selflessness who would go to the ends of the earth the help his friends and family.


Sincerely,

Jon-Luca Del Fante
jldelfante@gmail.com
+27 76 1199 603

KATHARINE JOHNSTON
3509 Capilano Road
North Vancouver, B.C.  V7R 4H9
Tel:  604.908.6531

Honorable Judge Glasser

Dear Sir:

Re:  Mulholland, Gregg

I have known Gregg Mulholland since 2007 both in a professional capacity and personally.

I am writing to ask Your Honor to please factor into your consideration that Gregg is a devoted husband and family man who has young daughters as well as a stepson.  He is solely responsible financially for his young family.

Gregg is one of the kindest, most generous and caring men that I have ever met.  He has done more for me than I will ever be able to do for him.  He is polite, funny and very considerate.  He is a good and decent man that made a terrible mistake.

I know Gregg well enough that I can say without reservation that he will never repeat the type of business practices that have landed him before your Honorable Court.  If anybody has ever learned their lesson it is Gregg.

He, Delia and their young family have suffered terribly through this.  I wish I could have done more for them.

I would ask Your Honor to please consider that Gregg is young with a whole life ahead of him.  He has run successful legitimate businesses in the past and he will again.  He has young daughters that need their father to be responsible for them both financially and emotionally.  He and Delia love each other and will rebuild their lives in a positive and contributory way.  He comes from a good loving family.

Thank you for taking the time to let me tell you about Gregg.

Respectfully,

Katharine Johnston



Sarah Trepel <sarah@kousouroslaw.com>

---

## Fwd: Reference For Gregg
1 message

**James** <james@kousouroslaw.com>                                    Thu, Jun 23, 2016 at 3:36 PM
To: Sarah Trepel <sarah@kousouroslaw.com>

Sent from my iPhone

Begin forwarded message:

> **From:** George Mulholland <oldmully@gmail.com>
> **Date:** June 23, 2016 at 3:17:17 PM EDT
> **To:** james@kousouroslaw.com
> **Subject: Fwd: Reference For Gregg**
>
>
> ---------- Forwarded message ----------
> From: **kjcrosby** <kjcrosby@shaw.ca>
> Date: Sat, May 7, 2016 at 5:45 PM
> Subject: Reference For Gregg
> To: Pat Mulholland <oldmully@gmail.com>
>
> To Judge Glasser,
>
> I am Kathy Crosby, Gregg Mulholland's aunt and have known Gregg all his life.
>
> Gregg was raised in a very loving, supportive environment. His parents are hard working people who devoted their lives to their two children. Both Gregg and his brother were involved in sports from a very early age, particularly hockey , which they played right until they were adults. Gregg's parents were dedicated to taking him and his brother to scheduled hockey practices & games on a weekly bases for years and were always in the stands cheering them on.
>
> Even though Gregg chose to move away from home in Calgary, Alberta to California after high school to pursue work , he has always kept in close contact with his family . He has visited them in Calgary over the years  regularly and has invited  his parents to visit him in his home every year. He has always shown his love  and concern towards them, speaking to them on a weekly bases by telephone.
>
> Gregg is a very loving son, husband and devoted father, doting on his two lovely girls, making sure that they have the love & support that was shown to him by his parents and grandparents. He has always been a nice boy, a pleasure to be around.
>
> Yours truly,
>
> *Kathy Crosby*
>
> Kathy Crosby
>
> Sent from my iPad

**Kathy Frater**

16302 Saratoga Lane• Huntington Beach, CA 92649
Phone: 714-846-3450 • E-Mail: swisspony@yahoo.com

August 4, 2016

To Whom It May Concern:

Please accept this letter as my personal reference for Gregg Mulholland.  I met Gregg in 2008, after I started dating my husband, Cameron.  Cameron would refer to Gregg as his "Best Friend" and "Brother" and attributed this to their first meeting, when he first began playing with the rugby club. Gregg was the first person to put his hand out and offer his friendship and help to my husband and they quickly became lifelong friends and "family" to my husband, daughter and I.

When I met Gregg, he and his wife Delia were expecting their first child.  He was an incredibly attentive and doting husband and his adoration and affection for Delia was apparent in his every interaction.  Gregg always made it very clear, his wife and family came first in his life and his love and affection is an example of how all men should respect and love their wives.

When I met Gregg in that first meeting, I was struck by the intensity of his excitement at becoming a first time father and can truly say, his love for his children has only intensified as time has progressed.  I am continually impressed with his level of engagement with his daughters; from diapers, to illness, to their first steps and dance lessons and first day of school, Gregg was always present.  He is a patient, involved, calm and affectionate Dad who has cultivated an incredible bond with his girls.

I truly wish and pray this letter will provide insight into the wonderful husband and father; Gregg is to his Delia and his daughters and the court will show leniency in this matter.


Sincerely,


Kathy Frater

# Laurence Mawhinney

807 Promontory Drive West• Newport Beach, California 92660• Phone: 949554 5580
E-Mail: laurence mawhinney@fisherpaykel.com

Date: 08/11/2016

To the Sentencing Judge

I have learned that Gregg Mulholland is to be sentenced and I voluntarily provide a character reference on his behalf. I have been his friend for 16 years and I know him to be a good man who is distressed by his current circumstances.

Gregg is a good man and this has been obvious to me for the past 16 years. He has tremendously helped his many friends and family over the years I have known him and has always been generous with this personal time to help when called upon.

He is a very responsible and loving father to his young family and a good husband to his wife Dalia.

I met Gregg while playing rugby in Southern California, Gregg was a respected member of the team and also one of our team leaders, he also employed some of the team members in his manufacturing business that were struggling to find work during the 2001 recession.

Gregg's natural leadership abilities combined with his genuine caring nature for his friends and family saw him contribute positively and add value to the people around him.

I understand the serious nature of the charges and while he has and will pay a heavy price I have seen the good that Gregg is capable of and the contribution he can make to a community and know that given the chance he could once again add value to those around him.

I wish for him the best outcome and I shall support him as all his family and friends do.

Sincerely

Laurence Mawhinney

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Mary Mulholland
369 Silver Springs Way NW
Airdrie, Alberta
T4B 2X8
Canada

June 9, 2016

Dear Judge Glasser,

I am writing to you concerning my brother-in-law, Gregg Mulholland. I have known Gregg for over 18 years.

I know Gregg to be a devoted family man, as a husband to Delia Mulholland and a loving and doting father to his two daughters, ██ (7) and ████ (5). He is also my eldest daughter's godfather. Gregg cares deeply about his family and shares a wonderful relationship with his parents. Prior to his detention he would call his mother almost daily. She would in turn pass along his family news and it would help bring us all closer together despite our geographical distance. Unfortunately, Gregg has not been able to call his mother from prison and I know this has caused her a lot of stress, heartache and pain. We are a tight knit family, of which Gregg is an integral part.

Gregg's daughters, ██ and ████ miss him dearly. The past eleven months have taken a toll on the entire family but most especially on his young daughters. Despite talking to him for a few brief minutes daily, they desperately miss him. As far back as Christmas, when Delia and the girls came to Calgary for the holidays, it was clear that ████ was already pulling away from her father and didn't want to talk to him on the phone. She couldn't understand why he wasn't with them for Christmas and it was truly heartbreaking to witness. I can only imagine their relationship has further deteriorated since then. Both girls are too young to fully understand why their father isn't there to read them bedtime stories and tuck them in at night. Furthermore, Gregg has been incarcerated at The Metropolitan Detention Center in Brooklyn New York for over 11 months and it is located on the opposite coast from where his immediate family live in Vancouver, Canada. Due to distance, financial constraints and the inappropriateness of taking young girls into a maximum security federal detention center, the girls have not seen their father since he was taken into custody last June.

My husband travelled from our home just outside Calgary, Canada to New York City in order to visit his brother in early December 2015. Although he was classified as an international visitor, their time together was unfortunately cut short by detention center staff. He told me how haggard his brother looked and how appalled he was at the very scary prison conditions. His brother told him how much he missed his family and sincerely regretted any and all actions which had landed him in prison despite not knowing what all the charges were at that time. My husband has kept in regular contact with Gregg via email and despite the challenging circumstances, the brothers have become closer over the past year.

It is clear to me that Gregg deeply regrets his actions which have led to his plea agreement of conspiracy to commit money laundering. The crippling toll his actions have had on his family and his relationship with his daughters has proven to be the harshest punishment of all. I believe that his actions were caused by very poor judgement on his part and I could not imagine that he would ever reoffend and risk hurting those he loves most again. I have never known him to have been in trouble with the law before. Gregg is not a violent man nor have I known him to ever intentionally hurt another person in any way. He has always displayed tremendous generosity and shown empathy toward his fellow man.

I ask for as much leniency as the court will allow in Gregg Mulholland's sentencing. I would ask you to please take the following crucial details into consideration: the hardship already incurred by his family, in particular his daughters, his time already served, the maximum security facility in which he has served the past 11 months and the prohibitive location and distance of the federal detention center relative to his family. If the court determines that he must continue to serve time in prison, I ask that he be transferred to a minimum security facility closer to his family. We would like to be able to support him in person and I believe it is critical that my nieces re-establish their relationship with him as soon as possible.

We are here to support Gregg in any way we can and look forward to having him back among family to celebrate the next family milestones, birthdays and holidays.

Respectfully,

Mary Mulholland



Sarah Trepel <sarah@kousouroslaw.com>

---

## Fwd: Gregg R .Mulholland

**James** <james@kousouroslaw.com>                                   Thu, Jun 23, 2016 at 3:36 PM
To: Sarah Trepel <sarah@kousouroslaw.com>

Sent from my iPhone

Begin forwarded message:

> **From:** George Mulholland <oldmully@gmail.com>
> **Date:** June 23, 2016 at 3:07:38 PM EDT
> **To:** james@kousouroslaw.com
> **Subject: Gregg R .Mulholland**

June 23, 2016

To Judge Glasser;

  I would like to tell you about some memories about my son Gregg, from the beginning he was special and gave us great joy,
"one of a kind". He had a mind of his own wanting to make a difference, always had his dreams to pursue.

  His first job was cleaning the floors on Sundays at the company where I worked, then he was hired at a promotional
company, where he stayed for about a year learning to write some of the opening lines to the pitch for the product.

  When Gregg was 18 my mother had a stroke, he helped work with her to get her speech back. He wanted her to be at his
graduation or he said he would not go, she went in her wheelchair, he kept trying to help her with disabilities until she passed
away.

  Gregg said he wanted to go to the United States to try and pursue some of the things he hoped to accomplish we let him
go as we had relatives he could stay with. He started work quite quickly and also went back to school to get better jobs he got
as many hours he could to, always trying to better himself.

  The one thing that was missing was for him to to get married, in June of 2006 he married Delia, they then had their first

child ▮ who is now 7 is his princess that he adores, he spent a lot of time reading and trying to teach her how to learn
her ABC'S and her numbers. His second girl ▮ who is 5 years old is a ball of fire who keeps every one busy. Gregg spent
as much time as he could with them showing as much love he could give them I know being away from them is very hard for him.
They all have been devastated with what has been going on, but right now the girls think that dad is away at work.

If you could please show some leniency it would go a long way to try and get our family feeling better, I have a large hole in
my heart waiting to talk to him and give him a big hug.

If he were to be transferred to Canada his father and I could see him and give him support which is now lacking.

Patricia H. Mulholland

Patrick Linden                                    May 25, 2016
Huntington Beach, CA


To who it may concern, I am writing this letter in support of Gregg Mulholland who is currently being incarcerated at Brooklyn Federal Prison.

My wife Tina and I have known Gregg since we relocated from Iowa to California in 1998 for a job opportunity. We came to California not having any family or having any friends. I first met Gregg through the Back Bay Rugby Club which Gregg was a member. From the first day I met him until this day, Gregg has always been honest, respectful, generous and always very helpful to anybody who asked. Me specifically, whether I needed a hand moving, needed a ride, or just needed somebody to talk to and get an opinion on one of life's many challenges, Gregg has always been there to help and lend his support. Over the years our friendship has grown to more than just being good friends, and to this day I look at Gregg as being more like my brother instead of just a friend. After Gregg married his wife Delia, our wives were pregnant at the same time, so we got to share that experience together and Gregg was always there for Delia and us. When we had or first child, Paige, and our twin boys Reid and Bryce, Gregg and Delia were the first to visit us in the hospital always asking if we need extra help, or to call them if we needed anything. We now have kids approximately the same ages, 5 and 7 years old.

Gregg is a great father to ▇▇ and ▇▇▇▇▇ and I know his wife and kids miss and love him dearly. Like any loving father, Gregg just wants to give his wife and kids the best life possible and always has their best interest in mind and they cherish their father very much. When Gregg's oldest daughter ▇▇ was a bit slow developing in her speech and communication skills, Gregg did tons of research, trying different methods to get her on track. Today, she is ahead of the curve in development for kids her age.

This too has benefitted me and my family as one of my twin boys has been diagnosed as being on the spectrum of autism and I've often talked to Gregg about our issues and what he and Delia did to help ▮ get on track. Gregg always listened, gave advice and most important of all, gave encouragement. He's somebody I can always rely on for sound support.

I know what Gregg's going through is a bad situation for him and especially his family. We too often hear tragedy in the news about violent crimes committed against kids; school killings, drug violence, police shooting kids, kid bullying, the list goes on and on. Experts say it all starts at home with the family and how more and more families are broken with kids growing up without the parental guidance of a father or mother. Don't turn Gregg's bad situation into a tragedy. Let Gregg be a husband to his wife Delia, and most importantly, a father to his two daughters ▮ and ▮, who aren't old enough to understand what's going on and why their dad who was always there for them and who they cherish and love very much is no longer home.

Sincerely,

Patrick Linden
714-504-6825