

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2013R00505

271 *Cadman Plaza East*
*Brooklyn, New York 11201*

February 21, 2017

The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Gregg Mulholland
                Criminal Case No. 14-476 (S-2) (ILG)

Dear Judge Glasser:

      The government respectfully submits this letter to inform the Court that it does not object to defense counsel's request that Your Honor recommend to the Bureau of Prisons a designation for the defendant Gregg Mulholland to FCI Sheridan in Oregon.  Further, the government does not object to the placement of Mulholland in the Residential Drug Abuse Program, should he be eligible for such treatment.

                Respectfully submitted,

                ROBERT L. CAPERS
                United States Attorney

      By:    /s/Michael T. Keilty
                Michael T. Keilty
                Assistant U.S. Attorney
                (718) 254-7528

cc:    James Kousouros, Esq. (via e-mail)
       Roberta Houlton, U.S. Probation Officer (via e-mail)